WILLIAM W. HUCKINS (BAR NO. 201098)
E-Mail: whuckins@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516

MATTHEW D. PHAM (BAR NO. 287704)
E-Mail: mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816

Attorneys for Defendant
AMERICAN EXPRESS COMPANY

**FILED & ENTERED**

SEP 29 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ITTELLA INTERNATIONAL LLC, et al.,<br><br>      Debtors. | Case No. 2:23-bk-14154-WB<br><br>Chapter 11 |
| PETER HURWITZ, as Liquidating Trustee of the Ittella Liquidating Trust,<br><br>      Plaintiff,<br><br>      vs.<br><br>AMERICAN EXPRESS CORPORATION,<br><br>      Defendant. | Adv. No. 2:25-ap-01224-WB<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548, AND 550 AND TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502**<br><br>Current Status Conference:<br>Date:   January 13, 2026<br>Time:  2:00 p.m.<br>Place:  255 E. Temple Street<br>         Courtroom 1375<br>         Los Angeles, CA 90012 |

The Court having considered the *Stipulation for Extension of Time to Respond to Complaint to Avoid and Recover Fraudulent Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* (the "Stipulation"), ECF No. 11, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. The Stipulation is approved; and

2. The deadline for defendant American Express Company to respond to plaintiff Peter Hurwitz's complaint is extended to, and through, **October 27, 2025**.

###

Date: September 29, 2025

*/s/ Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge