3 Pages

MANATT, PHELPS & PHILLIPS, LLP
SCHUYLER G. CARROLL (Admitted *pro hac vice*)
SCarroll@manatt.com
7 Times Square New York, NY 10036
Tel: (212) 790-4500

JACOB E. ITZKOWITZ (SBN 304728)
JItzkowitz@manatt.com
2049 Century Park East, Ste. 1700
Los Angeles, CA 90067
Tel: (310) 312-4291

ASK LLP
KARA E. CASTEEL (Admitted *pro hac vice*)
kcasteel@asklllp.com
ASK LLP, 2600 Eagan Woods Drive
Suite 400, St. Paul, MN 55121
Tel: (651) 406-9665 / Fax: (651) 406-9676

*Counsel to PETER HURWITZ, Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| ☐ ITTELLA INTERNATIONAL LLC, a California limited liability company;<br>☐ ITTELLA'S CHEF, LLC, a California limited lability company;<br>☐ TATTOOED CHEF, INC., a Delaware corporation;<br>☐ MYJOJO, INC., a Delaware corporation;<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation;<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company;<br>☐ BCI ACQUISITION, INC., a Delaware corporation;<br>☐ TTCF-NM HOLDINGS INC., a New Mexico corporation,<br>☒ All Debtors<br><br>Debtors and Debtors-in-Possession. | Lead Case No. 2:23-bk-14154-WB<br><br>Jointly administered with Case Nos.: 2:23-bk-14161-WB; 2:23-bk-14159 WB; 2:23-bk-14157-WB; 2:23-bk-14156-WB; 2-23-bk-14158-WB; 2:23-bk-14155-WB; and 2:23- bk-14160-WB<br><br>Chapter 11 Cases<br><br>Hon. Julia W. Brand<br><br>Adversary No. 2:25-ap-01224-WB<br><br>**NOTICE OF SCHEDULING OF MEDIATION** |

- 1 -

Peter Hurwitz, as Liquidating Trustee of the Ittella Liquidating Trust,

        Plaintiff,

v.

American Express Corporation,

        Defendant.

PLEASE TAKE NOTICE that, pursuant to the Court's Order Establishing Streamlined Procedures, the above-captioned adversary proceeding has been scheduled for mediation before David Meadows, Esq. (the "Mediator") on March 17, 2026 at 9:00 a.m. PST (Pacific Standard Time) via video conferencing.

PLEASE TAKE FURTHER NOTICE that the time and location of the mediation is subject to change by the Mediator upon reasonable notice.

**MANATT, PHELPS & PHILLIPS, LLP**
**SCHUYLER G. CARROLL**
**JACOB E. ITZKOWITZ**

*-and-*

**ASK LLP**
2600 Eagan Woods Drive
Suite 400, St. Paul, MN  55121
Tel: 651-289-3857
Fax: 651-406-9676
Kara E. Casteel
Gary Underdahl
Email: gunderdahl@askllp.com

By: /s/ *Kara E. Casteel*
    Kara E. Casteel, MN SBN 0389115
    *(*Admitted *Pro Hac Vice)*

*Counsel for the Liquidating Trustee*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   ASK LLP 2600 Eagan Woods Drive, Suite 400, Eagan, MN 55121

A true and correct copy of the foregoing document entitled: **NOTICE OF SCHEDULING OF MEDIATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the Court via NEF and hyperlink to the document. On January 13, 2026,    X   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

kcasteel@askllp.com; gunderdahl@askllp.com

**2. SERVED BY UNITED STATES MAIL**: On January 13, 2026,
   **X**   I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first-class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed:

   Chantelle L. Okarter, Esq.
   Arnall Golden Gregory LLP
   171 17th St NW Ste 2100
   Atlanta, GA 30363

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____,
____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

January 13, 2026        */s/ Jean Esslinger*
                        Jean Esslinger